UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHANIE CASTILLO, et al. <br> Plaintiff, | ) <br> ) <br> ) |
| v. | )    Civil No. 2:20-cv-00243-JAW <br> ) |
| GEETA B BROWN <br> Defendant, | ) <br> ) <br> ) |

### JUDGMENT

In accordance with the Order on Motion to Dismiss entered by U.S. District Judge John A. Woodcock, Jr. on June 8, 2023,

JUDGMENT of dismissal with prejudice as to the four representative plaintiffs and without prejudice as to the unknown members of the uncertified class is hereby entered.

                                                   CHRISTA K. BERRY
                                                   CLERK


                                 By:    /s/ Joanne Deering
                                                  Deputy Clerk


Dated: June 8, 2023